# Rancaño &Rancaño

A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
Telephone (209) 549-2000

David C. Rancaño, SBN 121000
Attorney for Plaintiff Dora Duarte

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| DORA DUARTE; <br><br> Plaintiff <br><br> v. <br><br> CAPTIVE PLASTICS, Inc.; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.  2:11-CV-00504-JAM-EFB <br><br> **REQUEST FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER DISMISSING ENTIRE MATTER AND ALL DEFENDANTS WITH PREJUDICE** |

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Dora Duarte hereby requests that this Court dismiss this entire matter and Defendants Captive Plastics, LLC (erroneously sued herein as Captive Plastics, Inc.) and Does 1 through 100, with prejudice.

Dated: September 20, 2011                              Respectfully Submitted,

                                                                         **RANCAÑO & RANCAÑO, PLC**


                                                                         ____/s/ David C. Rancaño____
                                                                         David C. Rancaño
                                                                         Attorney for Plaintiff

///

Rancaño & Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

-1-

IT IS HEREBY ORDERED that Case No. 2:11CV-00504-JAM-EFB and Defendants Captive Plastics, LLC (erroneously sued herein as Captive Plastics, Inc.) and Does 1 through 100 are dismissed, with prejudice.

Dated: October 12, 2011.

                                    /s/ John A. Mendez
                            JUDGE OF THE DISTRICT COURT

Rancaño
&Rancaño
**A Professional Law Corporation**
Centre Plaza Office Tower
1150 Ninth Street, Suite 1100
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000